

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Load Trail, LLC, Appellant

No. 06-19-00099-CV        v.

Joseph Julian, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 86844). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Load Trail, LLC, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 7, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk